**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 1:25-cr-20012-PCH**

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**TERRY SAVALAS MCCRAY, JR.**,

    Defendant.
_____/

**ORDER ADOPTING AND AFFIRMING R&R**
**AND ADJUDICATING DEFENDANT GUILTY**

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 31]**, which was entered on March 12, 2025. In the R&R, Magistrate Judge Louis found that the Defendant Terry Savalas McCray, Junior freely and voluntarily entered a plea of guilty as to the Indictment filed in this case, which charges Defendant with two counts of mail theft, in violation of 18 U.S.C. § 1708.

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty to the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed. Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to the Indictment filed in this case; and (3) a

sentencing hearing is set for **Wednesday, May 28, 2025 at 11:00 a.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

**DONE AND ORDERED** in Miami, Florida on March 19, 2025.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record
United States Probation Office